IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

RANDA WILSON, )
 )
Plaintiff, )
 )
 ) C. A. No. N16C-10-224 FWW
v. )
 )
MIRANDA L. KOLLOCK, )
 )
Defendant. )

Submitted: November 17, 2017
Decided: December 20, 2017

On Defendant's Motion For Summary Judgment
**GRANTED**

## ORDER

This 20th day of December, 2017, upon consideration of the Defendant's Motion Summary Judgment and the record in this case, it appears to the Court that:

(1)    On October 27, 2016 Plaintiff commenced this personal injury action as a result on a motor vehicle accident.

(2)    On January 4, 2017, Defendant answered the Complaint.

(3)    On October 23, 2017 Defendant moved for an enlargement of time to file a motion for summary judgment.

(4)    On November 6, 207 the Motion for an Enlargement of Time to File a Motion for Summary Judgment was granted and a Motion for Summary Judgment

was filed the same day. The Motion for Summary Judgment asserts that Defendant is entitled to summary judgment because Plaintiff is unable, as a matter of law, to meet her burden of proof that Defendant breached a duty of care and that the breach of that duty was the proximate cause of the accident that caused Plaintiff's injuries.

(5)  At argument on the Motion for an Enlargement Time to File a Motion for Summary Judgment, the Court directed Plaintiff to file a response by November 17, 2017.

(6)  Plaintiff failed to file a response to the Motion for Summary Judgment by November 17, 2017, and as of the date of this Order has not filed a response.

NOW, THEREFORE, Defendant's Motion to Dismiss in Lieu of an Answer is **GRANTED** as unopposed.

**SO ORDERED.**

_____
Ferris W. Wharton, J.

2